IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-089-MOC-DCK

| | |
|---|---|
| CHIKITA B. WALKER, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion Of The United States To Substitute The United States For The Individual Federal Defendant And The United States Postal Service" (Document No. 9) filed June 2, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that Plaintiff's counsel does not oppose the motion and that Plaintiff has declined to file a response, the undersigned will grant the motion. See (Document No. 9, p.1, n.1).

**IT IS, THEREFORE, ORDERED** that the "Motion Of The United States To Substitute The United States For The Individual Federal Defendant And The United States Postal Service" (Document No. 9) is **GRANTED**. The Clerk of Court is directed to update the case docket in accordance with this Order.

Signed: June 22, 2016

David C. Keesler
United States Magistrate Judge